THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG S. COLEMAN,<br><br>               Petitioner,<br><br>   v.<br><br>LEON NEAL,<br><br>               Respondent. | CASE NO. C14-0486-JCC<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 24), to which there has been no opposition, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 24).

2. The habeas petition is DENIED and this case is DISMISSED with prejudice.

3. In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to the grounds asserted by petitioner in his habeas petition.

4. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 19th day of December 2014.

ORDER OF DISMISSAL
PAGE - 1

1
2
3
                                     *[signature]*
4                                      John C. Coughenour
                                     UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER OF DISMISSAL
PAGE - 2